# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

**STEVEN ALLEN HEROD**           v.   ***D.W. BACA, et al.***

THE HONORABLE JOHN W. SEDWICK           CASE NO. 2:05-cv-02794-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  January 8, 2008

---

     Magistrate Judge Marshal filed a report at docket 19 in which she recommends that Steven Allen Herod's petition for a writ of habeas corpus be dismissed with prejudice.  Herod filed objections at docket 20.

     This court reviews the recommendation from the magistrate judge according to the following standards:  All recommended findings of fact as to which an objection is taken and all recommended conclusions of laws are reviewed *de novo*.  All recommended findings of fact as to which no objection is taken are reviewed for clear error.  Having applied the preceding standards, this court concludes that the recommendations by Judge Marshal are in all material respects correct.  Accordingly, her recommended findings of fact and conclusions of law are adopted.  Based thereon, the petition in this case is **DISMISSED with prejudice**.